Recommend: ☑ Approval          ☐ Disapproval
                              (if disapproval is checked, please
                              complete the bottom of page 2)

☑ Sufficient amount of equity
☑ Lot Book Report confirming title (dated on or after
   date on which surety recorded Deed of Trust)
☑ Property Appraisal (assessed value or signed written
   appraisal of current market value)
☑ Recorded Deed of Trust naming the Clerk of the U.S.
   District Court, herein called BENEFICIARY

LODGED

2019 MAR 21  PM 2: 12

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF
ANGELES

On _3/21/19_          _x2435_
        Date              Extension

By: _Alex Wyman_
      Assistant U.S. Attorney

Signature: _____

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 7 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | MJ 19-1018 |
| v. | |
| Lori Loughlin | |
| DEFENDANT(S). | AFFIDAVIT OF SURETY(IES) (PROPERTY) |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ _1,000,000.00_ ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

_LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION_
_A bond or undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution.  Service may be made on corporate surety as provided in 31 U.S.C. §9306._

CR-3 (12/05)

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

Address and description of property: 121 Udine Way Los Angeles CA 90077
LOT 42 IN BLOCK 3 OF TRACT NO. 7656, IN THE CITY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP
RECORDED IN BOOK 119, PAGES 70 TO 76 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER
OF SAID COUNTY.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

Mickey Segal, as Trustee of the Bullseye
Trust Dated April 16, 2001
_____

Print Name of Surety                                    Address of Surety

   X X X - X X-8718 ____ ____ ____           Los Angeles CA
Social Security Number *(Last 4 digits only)*            City, State, Zip Code

☐ Sole Holder or Owner    ☐ Tenancy in Common    ☐ Joint Tenancy    ☑ Other: Trust _____

Percentage of                  Present Fair Market              Total Amount of
Interest of Surety %100         Value of Property $18,000,000.00   Encumbrances and/or All Liens $6,000,000.00
                               *(supporting documentation attached)*   *(list below separately)*

BNY Melon                       1 Corporate Drive STE 360 Lake Zurich IL 60047        ($5,000,000.00)
Name of Holder of 1st Encumbrance    Address, City, State, Zip Code

CLERK, U.S. DISTRICT COURT      312 No. SPRING ST, Rm. G-8 LOS ANGELES, CA  90012    ($1,000,000.00)
Name of Holder of 2nd Encumbrance   Address, City, State, Zip Code


Name of Holder of 3rd Encumbrance   Address, City, State, Zip Code

Total Equity $ 12,000,000.00     Homesteaders  ☐ Yes  ☑ No       Amount of Exemption $ N/A
*(after deduction of encumbrance/liens)*   Exemption Filed?

1                               $1,000,000.00
Number of other bonds or undertakings    Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral?  ☑ Yes       ☐ No
If yes, list: For Mossimo Giannulli Case# 2:19-MJ-00994

Was appraisal given by a *LICENSED* appraiser? ☑ Yes       ☐ No.  If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this ____14th____ Day of ____March____                          2019

*Signature of Surety*                Trustee of Trust
     Mickey Segal, as Trustee of the Bullseye    Relationship of Surety
     Trust Dated April 16, 2001

Signature of Surety                 Relationship of Surety

Above Surety Approved: Alicia G. Rosenberg                    Dated: 3/27/2019
                       United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation        ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):


Dated: _____          _____
                                                    Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                              Page 2 of 2

# CALIFORNIA ALL PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                              }

COUNTY OF _los Angeles_                   }

On _march 14, 2019_ before me , _Debra Ann Bellis_ _____ Notary Public,

   Date          (here insert name and title of the officer)

personally appeared _____ Mickey Segal _____

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> DEBRA ANN BELLIS
> Commission # 2120195
> Notary Public - California
> Los Angeles County
> My Comm. Expires Aug 16, 2019

Signature: ___Debra Ann Bellis___ (Seal)

_____ OPTIONAL _____

Description of Attached Document

Title or Type of Document: _____  Number of Pages: _____

Document Date: _____  Other: _____