```
                UNITED STATES DISTRICT COURT

      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

         HONORABLE STEVE KIM, U.S. MAGISTRATE JUDGE


UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             ) CASE NO.
                                   ) MJ 19-1018
     vs.                           )
                                   )
LORI LOUGHLIN,                     )
                                   )
            Defendant.             )
_____)



         REPORTER'S TRANSCRIPT OF PROCEEDINGS

              WEDNESDAY, MARCH 13, 2019

                     2:51 P.M.

              LOS ANGELES, CALIFORNIA
```

_____

MAREA WOOLRICH, CSR 12698, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, SUITE 4311
LOS ANGELES, CALIFORNIA 90012
mareawoolrich@aol.com

**UNITED STATES DISTRICT COURT**

```
 1                    APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4      OFFICE OF THE UNITED STATES ATTORNEY
        BY:  ALEX WYMAN
 5      Assistant United States Attorney
        312 North Spring Street
 6      Los Angeles, CA 90012

 7

 8   FOR THE DEFENDANT:

 9      SCHEPER KIM & HARRIS LLP
        BY:  MARC HARRIS
10      601 West Fifth Street, 12th Floor
        Los Angeles, CA 90071
11
        LATHAM & WATKINS LLP
12      BY:  PERRY VISCOUNTY
        650 Town Center Drive, 20th Floor
13      Costa Mesa, CA 92626

14

15

16

17

18

19

20

21

22

23

24

25
```

LOS ANGELES, CALIFORNIA; WEDNESDAY, MARCH 13, 2019

2:51 P.M.

-oOo-

THE COURT: Before I call the afternoon calendar, I need to advise all the defendants here of their rights in these proceedings.

You are in the United States District Court for the Central District of California. You are in the downtown Los Angeles courtroom in the Roybal Federal Building and U.S. Courthouse.

You are here because you've been charged with a criminal offense against the United States. You have received or will receive a copy of the charging document today and have time to go over it with your attorney. You have the right to hire your own attorney or have the Court appoint one for you if you cannot afford one.

If you have not had sufficient time to consult with your attorney before I call your case, let me know.

You have the right to be considered for bail in accordance with federal law. If the government requests that you be detained, you can have the bail hearing today or reschedule it in three to five court days.

You have the right not to make any statements, and any statements you do make may be used against you.

1        If you are not a U.S. citizen, you have the right to
2   notify the embassy of your country of nationality to inform
3   them of your arrest.  But even without a request, a treaty or
4   international agreement may require consular notification.
5        Government counsel is asked before each case is
6   called to determine if consular notification or victim witness
7   notification obligation is applicable, and if so, whether the
8   government has complied.
9        All defendants are ordered to appear for further
10  proceedings as instructed without any further notice.
11       THE CLERK:  Calling Case No. MJ 19-1018,
12  United States of America versus Lori Loughlin.
13       Counsel, please state your appearances.
14       MR. WYMAN:  Good afternoon, Your Honor.  Alex Wyman
15  on behalf of the United States.
16       MR. HARRIS:  Good afternoon, Your Honor.
17  Marc Harris and Perry Viscounty on behalf of Miss Loughlin.
18       THE COURT:  Ma'am, can you tell me your name,
19  please.
20       THE DEFENDANT:  Lori Loughlin.
21       THE COURT:  And did you hear and understand the
22  statement of rights that I gave at the beginning?
23       THE DEFENDANT:  Yes, I did.
24       THE COURT:  And did you read and sign a statement of
25  rights?

```
 1                THE DEFENDANT:  Yes, I did.
 2                THE COURT:  Have you seen a copy of the Complaint in
 3   this case?
 4                THE DEFENDANT:  Yes, I have.
 5                THE COURT:  I'm not asking you to admit or deny
 6   anything at this time, but do you understand the nature of the
 7   charges against you?
 8                THE DEFENDANT:  Yes.
 9                THE COURT:  Ma'am, because you have been charged in
10   another district, you must ordinarily face the charges in that
11   district.  However, if you want to plead guilty in this
12   district, you can request a transfer under what's called the
13   Rule 20 procedure.  To do that, both the U.S. Attorneys Office
14   in the District of Massachusetts and the District -- and the
15   U.S. Attorneys Office in this district have to agree to that
16   procedure.  You cannot decide to do that unilaterally.  But if
17   that is something you are interested in, you should talk to
18   your attorneys about that.  And it's called the Rule 20
19   procedure.  Do you understand that?
20                THE DEFENDANT:  I do.
21                THE COURT:  Okay.  Also, before you can be
22   transferred, you have the right to receive a copy of the
23   warrant which is essentially a -- it's called arrival of
24   process.
25                If you dispute you are the person named in the
```

1  Complaint, you also have the right to an identity hearing in
2  front of me.
3           Because you've been charged in a Complaint, you also
4  have the right to a preliminary hearing.  That can happen
5  within 14 days of today if you are detained and 21 days of
6  today if you are released.  You can choose to have the
7  preliminary hearing in this court or in the charging district.
8           You can, however, give up some of these rights.  Did
9  you go over a document entitled Waiver of Rights with your
10 attorney?
11          THE DEFENDANT:  Yes.
12          THE COURT:  Did you understand that by signing this
13 document, you were agreeing to waive your rights to an identity
14 hearing or waiving your rights to an arrival of process, but
15 you are requesting that a preliminary hearing be held in the
16 District of Massachusetts?  Do you understand that?
17          THE DEFENDANT:  Yes.
18          THE COURT:  Did anyone coerce you to sign this
19 waiver?
20          THE DEFENDANT:  No.
21          THE COURT:  Do you need any additional time to
22 consider the waiver?
23          THE DEFENDANT:  No.
24          THE COURT:  Counsel, any reason why I should not
25 accept the waiver?

1          MR. HARRIS:  No, Your Honor.
2          THE COURT:  The Court will accept the waiver at this
3  time.
4          I have the Pretrial Services report.  Is there an
5  agreement with respect to bond?
6          MR. WYMAN:  Yes, Your Honor.  The parties have
7  agreed to a $1 million secured bond, and the government has
8  also agreed that the defendant may travel within the
9  continental United States and to -- back and forth to
10 Vancouver, Canada.
11         MR. HARRIS:  Your Honor, if I could modify that
12 slightly.  Our understanding of the agreement that we have with
13 the government both here and in Massachusetts is that the
14 travel will be permitted to the province of British Columbia.
15 So it will be in and around the Vancouver area but not limited
16 to Vancouver.
17         MR. WYMAN:  Yeah, that's fine with the government,
18 Your Honor.
19         THE COURT:  And this is because of work?
20         MR. HARRIS:  Yes, Your Honor.
21         THE COURT:  How long is this project expected to
22 last?
23         MR. HARRIS:  They are a series of projects that
24 are -- one is underway and several others sort of behind that.
25 So our request would be that for the pendency of her release

```
 1  that she be permitted to travel to that location, Your Honor.
 2          THE COURT:  Okay.  Well, I'm not comfortable giving
 3  her a passport for that kind of international travel.  So are
 4  these contracts -- are they actually in the bag right now?
 5          THE DEFENDANT:  Yes.
 6          MR. HARRIS:  Yes, Your Honor.
 7          THE COURT:  When is that going to end?
 8          You need to let your counsel talk.  Okay?
 9          MR. HARRIS:  And I'll consult as needed, Your Honor.
10          There's a pending project that's underway.  The
11  defendant was actually on that project yesterday --
12          THE COURT:  I understand that.
13          MR. HARRIS:  -- and voluntarily came back.  Behind
14  that there are two more projects that are under contract and
15  moving forward in April and May.  And then beyond that, there
16  are projects that are slated to begin in June.
17          THE DEFENDANT:  It's a series that starts in July.
18          MR. HARRIS:  A series that starts in July,
19  Your Honor.  I apologize.
20          And perhaps, Your Honor, if I could suggest a way to
21  address, perhaps, part of the Court's concern is we'd be happy
22  to arrange some sort of mechanism whereby counsel takes control
23  of the passport when the defendant is in the U.S. or whether we
24  notify Pretrial Services or the government of itineraries and
25  lengths of stay during that timeframe just so that it's not
```

1  completely open ended.
2          THE COURT:  You are expecting these projects are
3  going to continue even past the pendency of this case?
4          MR. HARRIS:  It depends how long the case persists,
5  Your Honor.
6          THE COURT:  Okay.  So when is the outer limit by
7  which the projects will end?
8          MR. HARRIS:  If I may have a moment.
9          (Discussion held off the record.)
10         MR. HARRIS:  Your Honor, given the nature of the
11 business, there may be some uncertainty.  But at this point the
12 defendant believes that the slated projects would continue
13 through November at least of this year.
14         THE COURT:  Okay.  And then otherwise are the bond
15 conditions identical to the one for the husband yesterday?
16         MR. WYMAN:  Yes, Your Honor.
17         THE COURT:  What is the address of the house that
18 you are --
19         MR. HARRIS:  Your Honor, if we could, with the
20 Court's permission, we would like to refer to it as the address
21 that's listed in the Pretrial Services report.  There's been a
22 fair amount of media interest.
23         THE COURT:  All right.  So the Court will set bond
24 in this case as follows:  An appearance bond in the amount of
25 $1 million -- let's do this.  Defendant may be released today

1   upon the signing of an affidavit of surety by Miss Loughlin,
2   and then that affidavit of surety will be replaced by an
3   affidavit of surety with justification that is signed by her
4   that is supported by the full deeding of property by the home
5   that is listed in the Pretrial Services report.
6           Did we set -- did they set an outer deadline by
7   which they need to post the property?
8           MR. HARRIS:  March 29, Your Honor.
9           THE COURT:  March 29th.  All right.  So the
10  substitution with the affidavit of surety with justification
11  needs to be submitted by March 29th, 2019.
12          In addition to the general conditions of release,
13  you'll be subject to Pretrial Services supervision.  You may
14  retain your travel passports.  However, before any
15  international travel, you need to inform your Pretrial Services
16  officer of your travel itinerary.  If requested by Pretrial,
17  you need to provide proof of your travel itinerary.
18          And you need to surrender your passport by December
19  of 2019 unless you get a further Court order to retain your
20  passport beyond that deadline for legitimate work-related
21  reasons.
22          Your travel is restricted to the continental
23  United States and the province of the British of Columbia.  You
24  may not otherwise travel anywhere else internationally unless
25  you have Court permission.

1    You must reside as approved by Pretrial, and you may
2 not move without permission from Pretrial.  You must avoid all
3 contact directly and indirectly with any person who is a known
4 victim or witness in this case.
5         Do we need to exclude the daughter?
6         MR. HARRIS:  Yes, Your Honor.  If that's -- I'm not
7 sure if the government is characterizing the children as
8 witnesses.
9         MR. WYMAN:  I'm not sure I'm the best person to
10 answer that, but I would think if they are characterized as
11 such, we would have no objection to excluding from that
12 provision.
13         MR. HARRIS:  And that should include both daughters,
14 Your Honor.
15         THE COURT:  Okay.  So that rule does not apply to
16 your daughters.
17         You must avoid all contact indirectly or directly
18 including by electronic means with any known co-defendants
19 except in the presence of counsel except for your husband.
20         I think those were the only other conditions.
21         Mr. Wyman, did I forget any conditions?
22         MR. WYMAN:  No, Your Honor.
23         THE COURT:  Ma'am, did you understand the conditions
24 that I just described?
25         THE DEFENDANT:  Yes.

1    THE COURT:  If you violate any of these conditions,
2 three things could happen.  You would be rearrested and your
3 bond would be revoked.  You could be subject to a separate
4 prosecution for contempt of court which could result in jail
5 time above and beyond anything you could get in this underlying
6 case.  And the government would, of course, be able to forfeit
7 the bond you have posted in this case.
8    Do you understand those consequences?
9    THE DEFENDANT:  Yes.
10   THE COURT:  And understanding those consequences, do
11 you agree to abide by all the conditions I've just described?
12   THE DEFENDANT:  Yes.
13   THE COURT:  That will be the bond set by this Court.
14 I'll be around obviously to sign all the documentation for the
15 release today.
16   MR. HARRIS:  Thank you, Your Honor.
17   THE COURT:  Anything else?
18   MR. WYMAN:  The reporting instructions, Your Honor.
19   THE COURT:  Oh, yeah.  Let me get that from you,
20 please.
21   MR. WYMAN:  The defendant is ordered -- sorry.  The
22 Court in Boston has set a date of March 29th at 2:30 p.m. in
23 Courtroom 24 at the Boston Federal Courthouse which is
24 1 Courthouse Way in Boston, Massachusetts.
25   THE COURT:  Okay.  And you should let the AUSA know

1   there that they've requested a preliminary hearing.
2              MR. WYMAN:  Thank you, Your Honor.
3              THE COURT:  Thank you.
4              MR. HARRIS:  Thank you, Your Honor.
5              (At 3:05 p.m. the proceedings adjourned.)

```
 1                    CERTIFICATE OF OFFICIAL REPORTER
 2
 3
 4
 5             I, MAREA WOOLRICH, FEDERAL OFFICIAL REALTIME COURT
 6   REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE
 7   CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
 8   TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING
 9   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY
10   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT
11   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE
12   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
13
14
15                          DATED THIS  20TH  DAY OF MARCH, 2019.
16
17
18                          /S/ MAREA WOOLRICH
                            _____
19                          MAREA WOOLRICH, CSR NO. 12698, CCRR
                            FEDERAL OFFICIAL COURT REPORTER
20
21
22
23
24
25
```

**/**

**/S** [1] - 14:18

**1**

**1** [3] - 7:7, 9:25, 12:24
**12698** [2] - 1:22, 14:19
**12TH** [1] - 2:10
**13** [2] - 1:15, 3:1
**14** [1] - 6:5
**19-1018** [2] - 1:6, 4:11

**2**

**20** [2] - 5:13, 5:18
**2019** [5] - 1:15, 3:1, 10:11, 10:19, 14:15
**20TH** [1] - 2:12
**20TH** [1] - 14:15
**21** [1] - 6:5
**24** [1] - 12:23
**28** [1] - 14:8
**29** [1] - 10:8
**29TH** [3] - 10:9, 10:11, 12:22
**2:30** [1] - 12:22
**2:51** [2] - 1:16, 3:2

**3**

**312** [1] - 2:5
**350** [1] - 1:23
**3:05** [1] - 13:5

**4**

**4311** [1] - 1:23

**6**

**601** [1] - 2:10
**650** [1] - 2:12

**7**

**753** [1] - 14:8

**9**

**90012** [2] - 1:24, 2:6
**90071** [1] - 2:10
**92626** [1] - 2:13

**A**

**ABIDE** [1] - 12:11
**ABLE** [1] - 12:6
**ABOVE** [1] - 14:10
**ABOVE-ENTITLED** [1] - 14:10
**ACCEPT** [2] - 6:25, 7:2
**ACCORDANCE** [1] - 3:21
**ADDITION** [1] - 10:12
**ADDITIONAL** [1] - 6:21
**ADDRESS** [3] - 8:21, 9:17, 9:20
**ADJOURNED** [1] - 13:5
**ADMIT** [1] - 5:5
**ADVISE** [1] - 3:6
**AFFIDAVIT** [4] - 10:1, 10:2, 10:3, 10:10
**AFFORD** [1] - 3:17
**AFTERNOON** [3] - 3:5, 4:14, 4:16
**AGREE** [2] - 5:15, 12:11
**AGREED** [2] - 7:7, 7:8
**AGREEING** [1] - 6:13
**AGREEMENT** [3] - 4:4, 7:5, 7:12
**ALEX** [1] - 2:4
**ALEX** [1] - 4:14
**AMERICA** [1] - 1:5
**AMERICA** [1] - 4:12
**AMOUNT** [2] - 9:22, 9:24
**AND** [3] - 14:6, 14:9, 14:10
**ANGELES** [3] - 2:6, 2:10, 3:10
**ANGELES** [3] - 1:17, 1:24, 3:1
**ANSWER** [1] - 11:10
**APOLOGIZE** [1] - 8:19
**APPEAR** [1] - 4:9
**APPEARANCE** [1] - 9:24
**APPEARANCES** [1] - 4:13
**APPEARANCES** [1] - 2:1
**APPLICABLE** [1] - 4:7
**APPLY** [1] - 11:15
**APPOINT** [1] - 3:16
**APPROVED** [1] - 11:1
**APRIL** [1] - 8:15
**AREA** [1] - 7:15
**ARRANGE** [1] - 8:22
**ARREST** [1] - 4:3
**ARRIVAL** [2] - 5:23, 6:14
**ASSISTANT** [1] - 2:5
**ATTORNEY** [1] - 2:5
**ATTORNEY** [1] - 2:4
**ATTORNEY** [4] - 3:15, 3:16, 3:19, 6:10
**ATTORNEYS** [2] - 5:13, 5:15
**ATTORNEYS** [1] - 5:18
**AUSA** [1] - 12:25
**AVOID** [2] - 11:2, 11:17

**B**

**BAG** [1] - 8:4
**BAIL** [2] - 3:20, 3:22
**BEGIN** [1] - 8:16
**BEGINNING** [1] - 4:22
**BEHALF** [2] - 4:15, 4:17
**BEHIND** [2] - 7:24, 8:13
**BELIEVES** [1] - 9:12
**BEST** [1] - 11:9
**BEYOND** [3] - 8:15, 10:20, 12:5
**BOND** [8] - 7:5, 7:7, 9:14, 9:23, 9:24, 12:3, 12:7, 12:13
**BOSTON** [3] - 12:22, 12:23, 12:24
**BRITISH** [2] - 7:14, 10:23
**BUILDING** [1] - 3:10
**BUSINESS** [1] - 9:11
**BY** [3] - 2:4, 2:9, 2:12

**C**

**CA** [3] - 2:6, 2:10, 2:13
**CALENDAR** [1] - 3:5
**CALIFORNIA** [5] - 1:2, 1:17, 1:24, 3:1, 14:7
**CALIFORNIA** [1] - 3:9
**CANADA** [1] - 7:10
**CANNOT** [2] - 3:17, 5:16
**CASE** [1] - 1:6
**CASE** [9] - 3:19, 4:5, 5:3, 9:3, 9:4, 9:24, 11:4, 12:6, 12:7
**CASE** [1] - 4:11
**CCRR** [2] - 1:22, 14:19
**CENTER** [1] - 2:12
**CENTRAL** [2] - 1:2, 14:7
**CENTRAL** [1] - 3:9
**CERTIFICATE** [1] - 14:1
**CERTIFY** [1] - 14:7
**CHARACTERIZED** [1] - 11:10
**CHARACTERIZING** [1] - 11:7
**CHARGED** [3] - 3:12, 5:9, 6:3
**CHARGES** [2] - 5:7, 5:10
**CHARGING** [2] - 3:14, 6:7
**CHILDREN** [1] - 11:7
**CHOOSE** [1] - 6:6
**CITIZEN** [1] - 4:1
**CLERK** [1] - 4:11
**CO** [1] - 11:18
**CO-DEFENDANTS** [1] - 11:18
**CODE** [1] - 14:8
**COERCE** [1] - 6:18
**COLUMBIA** [2] - 7:14, 10:23
**COMFORTABLE** [1] - 8:2
**COMPLAINT** [3] - 5:2, 6:1, 6:3
**COMPLETELY** [1] - 9:1
**COMPLIED** [1] - 4:8
**CONCERN** [1] - 8:21
**CONDITIONS** [7] - 9:15, 10:12, 11:20, 11:21, 11:23, 12:1, 12:11
**CONFERENCE** [1] - 14:12
**CONFORMANCE** [1] - 14:11
**CONSEQUENCES** [2] - 12:8, 12:10
**CONSIDER** [1] - 6:22
**CONSIDERED** [1] - 3:20
**CONSULAR** [2] - 4:4, 4:6
**CONSULT** [2] - 3:18, 8:9
**CONTACT** [2] - 11:3, 11:17
**CONTEMPT** [1] - 12:4
**CONTINENTAL** [2] - 7:9, 10:22
**CONTINUE** [2] - 9:3, 9:12
**CONTRACT** [1] - 8:14
**CONTRACTS** [1] - 8:4
**CONTROL** [1] - 8:22
**COPY** [3] - 3:14, 5:2, 5:22
**CORRECT** [1] - 14:9
**COSTA** [1] - 2:13
**COUNSEL** [6] - 4:5, 4:13, 6:24, 8:8, 8:22, 11:19
**COUNSEL** [1] - 2:1
**COUNTRY** [1] - 4:2
**COURSE** [1] - 12:6
**COURT** [8] - 3:8, 3:16, 7:2, 9:23, 10:19, 10:25, 12:13, 12:22
**COURT** [38] - 1:1, 1:23, 3:5, 4:18, 4:21, 4:24, 5:2, 5:5, 5:9, 5:21, 6:12, 6:18, 6:21, 6:24, 7:2, 7:19, 7:21, 8:2, 8:7, 8:12, 9:2, 9:6, 9:14, 9:17, 9:23, 10:9, 11:15, 11:23, 12:1, 12:10, 12:13, 12:17, 12:19, 12:25, 13:3, 14:5, 14:6, 14:19
**COURT** [3] - 3:23, 6:7, 12:4
**COURT'S** [2] - 8:21, 9:20
**COURTHOUSE** [3] - 3:11, 12:23, 12:24
**COURTROOM** [1] - 12:23
**COURTROOM** [1] - 3:10
**CRIMINAL** [1] - 3:13
**CSR** [2] - 1:22, 14:19

**D**

**DATE** [1] - 12:22
**DATED** [1] - 14:15
**DAUGHTER** [1] - 11:5
**DAUGHTERS** [2] - 11:13, 11:16
**DAY** [1] - 14:15
**DAYS** [3] - 3:23, 6:5
**DEADLINE** [2] - 10:6, 10:20
**DECEMBER** [1] - 10:18
**DECIDE** [1] - 5:16
**DEEDING** [1] - 10:4
**DEFENDANT** [1] - 1:9
**DEFENDANT** [6] - 7:8, 8:11, 8:23, 9:12, 9:25, 12:21
**DEFENDANT** [16] - 2:8, 4:20, 4:23, 5:1, 5:4, 5:8, 5:20, 6:11, 6:17, 6:20, 6:23, 8:5, 8:17, 11:25, 12:9, 12:12
**DEFENDANTS** [3] - 3:6, 4:9, 11:18
**DENY** [1] - 5:5

**DESCRIBED** [2] - 11:24, 12:11
**DETAINED** [2] - 3:22, 6:5
**DETERMINE** [1] - 4:6
**DIRECTLY** [2] - 11:3, 11:17
**DISCUSSION** [1] - 9:9
**DISPUTE** [1] - 5:25
**DISTRICT** [5] - 3:8, 3:9, 5:14, 6:16
**DISTRICT** [5] - 5:10, 5:11, 5:12, 5:15, 6:7
**DISTRICT** [4] - 1:1, 1:2, 14:6, 14:7
**DIVISION** [1] - 1:2
**DO** [1] - 14:7
**DOCUMENT** [3] - 3:14, 6:9, 6:13
**DOCUMENTATION** [1] - 12:14
**DOWNTOWN** [1] - 3:9
**DRIVE** [1] - 2:12
**DURING** [1] - 8:25

**E**

**ELECTRONIC** [1] - 11:18
**EMBASSY** [1] - 4:2
**END** [2] - 8:7, 9:7
**ENDED** [1] - 9:1
**ENTITLED** [1] - 14:10
**ENTITLED** [1] - 6:9
**ESSENTIALLY** [1] - 5:23
**EXCEPT** [2] - 11:19
**EXCLUDE** [1] - 11:5
**EXCLUDING** [1] - 11:11
**EXPECTED** [1] - 7:21
**EXPECTING** [1] - 9:2

**F**

**FACE** [1] - 5:10
**FAIR** [1] - 9:22
**FEDERAL** [2] - 3:10, 12:23
**FEDERAL** [3] - 1:23, 14:5, 14:19
**FEDERAL** [1] - 3:21
**FIFTH** [1] - 2:10
**FINE** [1] - 7:17
**FIRST** [1] - 1:23
**FIVE** [1] - 3:23
**FLOOR** [2] - 2:10, 2:12
**FOLLOWS** [1] - 9:24
**FOR** [4] - 2:3, 2:8, 14:6
**FOREGOING** [1] - 14:8
**FORFEIT** [1] - 12:6
**FORGET** [1] - 11:21
**FORMAT** [1] - 14:11
**FORTH** [1] - 7:9
**FORWARD** [1] - 8:15
**FRONT** [1] - 6:2
**FULL** [1] - 10:4

**G**

**GENERAL** [1] - 10:12
**GIVEN** [1] - 9:10
**GOVERNMENT** [9] - 3:21, 4:5, 4:8, 7:7, 7:13, 7:17, 8:24, 11:7, 12:6
**GUILTY** [1] - 5:11

**H**

**HAPPY** [1] - 8:21
**HARRIS** [20] - 2:9, 2:9, 4:16, 7:1, 7:11, 7:20, 7:23, 8:6, 8:9, 8:13, 8:18, 9:4, 9:8, 9:10, 9:19, 10:8, 11:6, 11:13, 12:16, 13:4
**HARRIS** [1] - 4:17
**HEAR** [1] - 4:21
**HEARING** [7] - 3:22, 6:1, 6:4, 6:7, 6:14, 6:15, 13:1
**HELD** [1] - 14:10
**HELD** [2] - 6:15, 9:9
**HEREBY** [1] - 14:7
**HIRE** [1] - 3:16
**HOME** [1] - 10:4
**HONOR** [24] - 4:14, 4:16, 7:1, 7:6, 7:11, 7:18, 7:20, 8:1, 8:6, 8:9, 8:19, 8:20, 9:5, 9:10, 9:16, 9:19, 10:8, 11:6, 11:14, 11:22, 12:16, 12:18, 13:2, 13:4
**HONORABLE** [1] - 1:3
**HOUSE** [1] - 9:17
**HUSBAND** [2] - 9:15, 11:19

**I**

**IDENTICAL** [1] - 9:15
**IDENTITY** [2] - 6:1, 6:13
**IN** [3] - 14:6, 14:10, 14:11
**INCLUDE** [1] - 11:13
**INCLUDING** [1] - 11:18
**INDIRECTLY** [2] - 11:3, 11:17
**INFORM** [2] - 4:2, 10:15
**INSTRUCTED** [1] - 4:10
**INSTRUCTIONS** [1] - 12:18
**INTEREST** [1] - 9:22
**INTERESTED** [1] - 5:17
**INTERNATIONAL** [3] - 4:4, 8:3, 10:15
**INTERNATIONALLY** [1] - 10:24
**IS** [2] - 14:9, 14:11
**ITINERARIES** [1] - 8:24
**ITINERARY** [2] - 10:16, 10:17

**J**

**JAIL** [1] - 12:4
**JUDGE** [1] - 1:3
**JUDICIAL** [1] - 14:12
**JULY** [2] - 8:17, 8:18
**JUNE** [1] - 8:16
**JUSTIFICATION** [2] - 10:3, 10:10

**K**

**KIM** [2] - 1:3, 2:9
**KIND** [1] - 8:3
**KNOWN** [2] - 11:3, 11:18

**L**

**LAST** [1] - 7:22
**LATHAM** [1] - 2:11
**LAW** [1] - 3:21
**LEAST** [1] - 9:13
**LEGITIMATE** [1] - 10:20
**LENGTHS** [1] - 8:25
**LIMIT** [1] - 9:6
**LIMITED** [1] - 7:15
**LISTED** [2] - 9:21, 10:5
**LLP** [2] - 2:9, 2:11
**LOCATION** [1] - 8:1
**LORI** [2] - 4:12, 4:20
**LORI** [1] - 1:8
**LOS** [3] - 2:6, 2:10, 3:10
**LOS** [3] - 1:17, 1:24, 3:1
**LOUGHLIN** [4] - 4:12, 4:17, 4:20, 10:1
**LOUGHLIN** [1] - 1:8

**M**

**MA'AM** [2] - 5:9, 11:23
**MA'AM** [1] - 4:18
**MAGISTRATE** [1] - 1:3
**MARC** [1] - 2:9
**MARC** [1] - 4:17
**MARCH** [3] - 1:15, 3:1, 14:15
**MARCH** [4] - 10:8, 10:9, 10:11, 12:22
**MAREA** [4] - 1:22, 14:5, 14:18, 14:19
**MAREAWOOLRICH@AOL.COM** [1] - 1:24
**MASSACHUSETTS** [4] - 5:14, 6:16, 7:13, 12:24
**MATTER** [1] - 14:10
**MEANS** [1] - 11:18
**MECHANISM** [1] - 8:22
**MEDIA** [1] - 9:22
**MESA** [1] - 2:13
**MILLION** [2] - 7:7, 9:25
**MISS** [2] - 4:17, 10:1
**MJ** [2] - 1:6, 4:11
**MODIFY** [1] - 7:11
**MOMENT** [1] - 9:8
**MOVE** [1] - 11:2
**MOVING** [1] - 8:15
**MR** [27] - 4:14, 4:16, 7:1, 7:6, 7:11, 7:17, 7:20, 7:23, 8:6, 8:9, 8:13, 8:18, 9:4, 9:8, 9:10, 9:16, 9:19, 10:8, 11:6, 11:9, 11:13, 11:22, 12:16, 12:18, 12:21, 13:2, 13:4
**MUST** [4] - 5:10, 11:1, 11:2, 11:17

**N**

**NAME** [1] - 4:18
**NAMED** [1] - 5:25
**NATIONALITY** [1] - 4:2
**NATURE** [2] - 5:6, 9:10
**NEED** [8] - 3:6, 6:21, 8:8, 10:7, 10:15, 10:17, 10:18, 11:5
**NEEDED** [1] - 8:9
**NEEDS** [1] - 10:11
**NO** [2] - 1:6, 14:19
**NORTH** [1] - 2:5
**NOTICE** [1] - 4:10
**NOTIFICATION** [3] - 4:4, 4:6, 4:7
**NOTIFY** [2] - 4:2, 8:24
**NOVEMBER** [1] - 9:13

**O**

**OBJECTION** [1] - 11:11
**OBLIGATION** [1] - 4:7
**OBVIOUSLY** [1] - 12:14
**OF** [11] - 1:2, 1:5, 1:14, 2:1, 2:4, 14:1, 14:7, 14:9, 14:12, 14:15
**OFFENSE** [1] - 3:13
**OFFICE** [2] - 5:13, 5:15
**OFFICE** [1] - 2:4
**OFFICER** [1] - 10:16
**OFFICIAL** [4] - 1:23, 14:1, 14:5, 14:19
**ONE** [4] - 3:16, 3:17, 7:24, 9:15
**OOO** [1] - 3:3
**OPEN** [1] - 9:1
**ORDER** [1] - 10:19
**ORDERED** [2] - 4:9, 12:21
**ORDINARILY** [1] - 5:10
**OTHERWISE** [2] - 9:14, 10:24
**OUTER** [2] - 9:6, 10:6
**OWN** [1] - 3:16

**P**

**P.M** [2] - 1:16, 3:2
**P.M** [2] - 12:22, 13:5
**PAGE** [1] - 14:11
**PART** [1] - 8:21
**PARTIES** [1] - 7:6
**PASSPORT** [4] - 8:3, 8:23, 10:18, 10:20
**PASSPORTS** [1] - 10:14
**PAST** [1] - 9:3
**PENDENCY** [2] - 7:25, 9:3
**PENDING** [1] - 8:10
**PERHAPS** [2] - 8:20,

| | | | | |
|---|---|---|---|---|
| 8:21<br>**PERMISSION** [3] - 9:20, 10:25, 11:2<br>**PERMITTED** [2] - 7:14, 8:1<br>**PERRY** [1] - 4:17<br>**PERRY** [1] - 2:12<br>**PERSISTS** [1] - 9:4<br>**PERSON** [3] - 5:25, 11:3, 11:9<br>**PLAINTIFF** [1] - 1:6<br>**PLAINTIFF** [1] - 2:3<br>**PLEAD** [1] - 5:11<br>**POINT** [1] - 9:11<br>**POST** [1] - 10:7<br>**POSTED** [1] - 12:7<br>**PRELIMINARY** [4] - 6:4, 6:7, 6:15, 13:1<br>**PRESENCE** [1] - 11:19<br>**PRETRIAL** [9] - 7:4, 8:24, 9:21, 10:5, 10:13, 10:15, 10:16, 11:1, 11:2<br>**PROCEDURE** [3] - 5:13, 5:16, 5:19<br>**PROCEEDINGS** [3] - 3:7, 4:10, 13:5<br>**PROCEEDINGS** [2] - 1:14, 14:10<br>**PROCESS** [2] - 5:24, 6:14<br>**PROJECT** [3] - 7:21, 8:10, 8:11<br>**PROJECTS** [6] - 7:23, 8:14, 8:16, 9:2, 9:7, 9:12<br>**PROOF** [1] - 10:17<br>**PROPERTY** [2] - 10:4, 10:7<br>**PROSECUTION** [1] - 12:4<br>**PROVIDE** [1] - 10:17<br>**PROVINCE** [2] - 7:14, 10:23<br>**PROVISION** [1] - 11:12<br>**PURSUANT** [1] - 14:7<br><br>**R**<br><br>**READ** [1] - 4:24<br>**REALTIME** [1] - 14:5<br>**REARRESTED** [1] - 12:2<br>**REASON** [1] - 6:24<br>**REASONS** [1] - 10:21<br>**RECEIVE** [2] - 3:14, 5:22<br>**RECEIVED** [1] - 3:13 | **RECORD** [1] - 9:9<br>**REFER** [1] - 9:20<br>**REGULATIONS** [1] - 14:12<br>**RELATED** [1] - 10:20<br>**RELEASE** [3] - 7:25, 10:12, 12:15<br>**RELEASED** [2] - 6:6, 9:25<br>**REPLACED** [1] - 10:2<br>**REPORT** [3] - 7:4, 9:21, 10:5<br>**REPORTED** [1] - 14:10<br>**REPORTER** [4] - 1:23, 14:1, 14:6, 14:19<br>**REPORTER'S** [1] - 1:14<br>**REPORTING** [1] - 12:18<br>**REQUEST** [3] - 4:3, 5:12, 7:25<br>**REQUESTED** [2] - 10:16, 13:1<br>**REQUESTING** [1] - 6:15<br>**REQUESTS** [1] - 3:21<br>**REQUIRE** [1] - 4:4<br>**RESCHEDULE** [1] - 3:23<br>**RESIDE** [1] - 11:1<br>**RESPECT** [1] - 7:5<br>**RESTRICTED** [1] - 10:22<br>**RESULT** [1] - 12:4<br>**RETAIN** [2] - 10:14, 10:19<br>**REVOKED** [1] - 12:3<br>**RIGHTS** [6] - 3:6, 4:22, 4:25, 6:8, 6:13, 6:14<br>**RIGHTS** [1] - 6:9<br>**ROYBAL** [1] - 3:10<br>**RULE** [1] - 11:15<br>**RULE** [2] - 5:13, 5:18<br><br>**S**<br><br>**SCHEPER** [1] - 2:9<br>**SECTION** [1] - 14:8<br>**SECURED** [1] - 7:7<br>**SEPARATE** [1] - 12:3<br>**SERIES** [3] - 7:23, 8:17, 8:18<br>**SERVICES** [6] - 7:4, 8:24, 9:21, 10:5, 10:13, 10:15<br>**SET** [5] - 9:23, 10:6, 12:13, 12:22<br>**SEVERAL** [1] - 7:24 | **SIGN** [3] - 4:24, 6:18, 12:14<br>**SIGNED** [1] - 10:3<br>**SIGNING** [2] - 6:12, 10:1<br>**SLATED** [2] - 8:16, 9:12<br>**SLIGHTLY** [1] - 7:12<br>**SORRY** [1] - 12:21<br>**SORT** [2] - 7:24, 8:22<br>**SPRING** [1] - 2:5<br>**STARTS** [2] - 8:17, 8:18<br>**STATE** [1] - 4:13<br>**STATEMENT** [2] - 4:22, 4:24<br>**STATEMENTS** [2] - 3:24, 3:25<br>**STATES** [7] - 2:5, 3:8, 3:13, 4:12, 4:15, 7:9, 10:23<br>**STATES** [6] - 1:1, 1:5, 2:4, 14:6, 14:8, 14:12<br>**STAY** [1] - 8:25<br>**STENOGRAPHICALLY** [1] - 14:9<br>**STEVE** [1] - 1:3<br>**STREET** [2] - 2:5, 2:10<br>**STREET** [1] - 1:23<br>**SUBJECT** [2] - 10:13, 12:3<br>**SUBMITTED** [1] - 10:11<br>**SUBSTITUTION** [1] - 10:10<br>**SUFFICIENT** [1] - 3:18<br>**SUGGEST** [1] - 8:20<br>**SUITE** [1] - 1:23<br>**SUPERVISION** [1] - 10:13<br>**SUPPORTED** [1] - 10:4<br>**SURETY** [4] - 10:1, 10:2, 10:3, 10:10<br>**SURRENDER** [1] - 10:18<br><br>**T**<br><br>**THAT** [3] - 14:7, 14:8, 14:10<br>**THE** [61] - 2:3, 2:4, 2:8, 3:5, 4:11, 4:18, 4:20, 4:21, 4:23, 4:24, 5:1, 5:2, 5:4, 5:5, 5:8, 5:9, 5:20, 5:21, 6:11, 6:12, 6:17, 6:18, 6:20, 6:21, 6:23, 6:24, 7:2, | 7:19, 7:21, 8:2, 8:5, 8:7, 8:12, 8:17, 9:2, 9:6, 9:14, 9:17, 9:23, 10:9, 11:15, 11:23, 11:25, 12:1, 12:9, 12:10, 12:12, 12:13, 12:17, 12:19, 12:25, 13:3, 14:6, 14:8, 14:9, 14:10, 14:11, 14:12<br>**THEY'VE** [1] - 13:1<br>**THIS** [1] - 14:15<br>**THREE** [2] - 3:23, 12:2<br>**TIMEFRAME** [1] - 8:25<br>**TITLE** [1] - 14:8<br>**TO** [1] - 14:8<br>**TODAY** [6] - 3:14, 3:22, 6:5, 6:6, 9:25, 12:15<br>**TOWN** [1] - 2:12<br>**TRANSCRIPT** [3] - 1:14, 14:9, 14:11<br>**TRANSFER** [1] - 5:12<br>**TRANSFERRED** [1] - 5:22<br>**TRAVEL** [10] - 7:8, 7:14, 8:1, 8:3, 10:14, 10:15, 10:16, 10:17, 10:22, 10:24<br>**TREATY** [1] - 4:3<br>**TRUE** [1] - 14:9<br>**TWO** [1] - 8:14<br><br>**U**<br><br>**U.S** [6] - 1:3, 3:11, 4:1, 5:13, 5:15, 8:23<br>**UNCERTAINTY** [1] - 9:11<br>**UNDER** [2] - 5:12, 8:14<br>**UNDERLYING** [1] - 12:5<br>**UNDERWAY** [2] - 7:24, 8:10<br>**UNILATERALLY** [1] - 5:16<br>**UNITED** [6] - 1:1, 1:5, 2:4, 14:6, 14:8, 14:12<br>**UNITED** [7] - 2:5, 3:8, 3:13, 4:12, 4:15, 7:9, 10:23<br>**UNLESS** [2] - 10:19, 10:24<br>**UP** [1] - 6:8<br><br>**V**<br><br>**VANCOUVER** [3] - | 7:10, 7:15, 7:16<br>**VERSUS** [1] - 4:12<br>**VICTIM** [2] - 4:6, 11:4<br>**VIOLATE** [1] - 12:1<br>**VISCOUNTY** [1] - 2:12<br>**VISCOUNTY** [1] - 4:17<br>**VOLUNTARILY** [1] - 8:13<br>**VS** [1] - 1:7<br><br>**W**<br><br>**WAIVE** [1] - 6:13<br>**WAIVER** [1] - 6:9<br>**WAIVER** [4] - 6:19, 6:22, 6:25, 7:2<br>**WAIVING** [1] - 6:14<br>**WARRANT** [1] - 5:23<br>**WATKINS** [1] - 2:11<br>**WEDNESDAY** [2] - 1:15, 3:1<br>**WEST** [1] - 2:10<br>**WEST** [1] - 1:23<br>**WESTERN** [1] - 1:2<br>**WHEREBY** [1] - 8:22<br>**WITH** [1] - 14:11<br>**WITNESS** [2] - 4:6, 11:4<br>**WITNESSES** [1] - 11:8<br>**WOOLRICH** [4] - 1:22, 14:5, 14:18, 14:19<br>**WORK-RELATED** [1] - 10:20<br>**WYMAN** [10] - 2:4, 4:14, 7:6, 7:17, 9:16, 11:9, 11:22, 12:18, 12:21, 13:2<br>**WYMAN** [2] - 4:14, 11:21<br><br>**Y**<br><br>**YEAR** [1] - 9:13<br>**YESTERDAY** [2] - 8:11, 9:15 |